AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY BURNETT,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-117

STATE BOARD OF PARDONS AND PAROLES; et al.,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 6, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, the Petition brought pursuant to 28 U.S.C. § 2254 is DISMISSED. Additionally, Petitioner is DENIED a certificate of appealability and is not entitled to appeal in forma pauperis. This case stands CLOSED.

11/06/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020