IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY BURNETT, | ) |
| | ) |
|     Petitioner-Appellant, | ) |
| | ) |
| v. | )   Case No.   CV 120-117 |
| | )   Appeal No. 20-13605-G |
| STATE BOARD OF PARDONS | ) |
| AND PAROLES; et al., | ) |
| | ) |
|     Respondents-Appellees. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___16th___ day of December 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA